

**ORDERED in the Southern District of Florida on April 28, 2016.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 15-31859-AJC |
|  | CHAPTER 7 |
| JEANINE ACEA aka JEANINE AVILA, | |
| Debtor. | |
| _____/ | |

### ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS MOOT

THIS CASE came on consideration without a hearing on NATIONSTAR MORTGAGE, LLC ("Secured Creditor") Motion for Relief from Stay (Docket No. 20). The Court being fully advised of the record, the Trustee having filed its Report of No Distribution (Docket No. 15) and the Debtor having been discharged (Docket No. 21), it is:

**ORDERED**:

16-007428 - HeH

1. Secured Creditor's Motion for Relief from Automatic Stay is DENIED as moot without prejudice.

###

Melbalynn Fisher, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service.

Robertson, Anschutz & Schneid, P.L.
Attorney for Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Jeanine Acea
350 NW 84th Court #6
Miami, FL 33126-3873

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Drew M Dillworth
2200 Museum Tower
150 West Flagler St
Miami, FL 33130

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130